IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Destiny A. Woods, | ) | C/A No.: 3:10-3160-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| Wells Fargo Bank, N.A., d/b/a Wachovia | ) | |
| and f/k/a as Wachovia Financial | ) | |
| Services, Inc; and Earnestine Brown, | ) | |
| Melinda Price, Cateshia | ) | |
| Pinkney-Blanding and Cheryl Helms, in | ) | |
| their individual capacities, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff, proceeding pro se, brought this action alleging violations of the Americans with Disabilities Amended Act of 1990 ("ADA"). On November 15, 2011, Defendants filed a Motion to Dismiss for Lack of Prosecution and for Sanctions. [Entry #50]. As Plaintiff is proceeding *pro se*, the court entered an order on November 16, 2011, pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), advising her of the importance of a motion to dismiss and of the need for her to file an adequate response. [Entry #43]. Plaintiff was specifically advised that if she failed to respond adequately, Defendants' motion may be granted, thereby ending this case.

Notwithstanding the specific warning and instructions set forth in the court's *Roseboro* order, Plaintiff has failed to respond to the motion. As such, it appears to the court that she does not oppose the motion and wishes to abandon this action. Based on the

foregoing, it is ordered that Plaintiff shall advise the court as to whether she wishes to continue with this case and to file a response to Defendants' motion to dismiss by January 20, 2012. Plaintiff is further advised that if she fails to respond, this action will be dismissed with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

       IT IS SO ORDERED.

January 9, 2012                    Shiva V. Hodges
Columbia, South Carolina        United States Magistrate Judge