AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Destiny A. Woods,
       *Plaintiff,*
       v.
Wells Fargo Bank, N.A., d/b/a Wachovia and f/k/a as Wachovia Financial Services, Inc.; and Earnestine Brown, Melinda Price, Cateshia Pinkney-Blanding and Cheryl Helms, in their individual capacities,
       *Defendants.*

Civil Action No.    3:10-cv-3160-SVH

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff shall take nothing of the defendants and the actions is dismissed with prejudice pursuant to Fed. R. Civ. P. 37(b) and 41(b). The court further orders that monetary sanctions are imposed against the plaintiff in the amount of Four Thousand Four Hundred Thirty-Eight and 72/100 ($4,438.72) to be paid to defendants.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Shiva V. Hodges, United States Magistrate Judge, presiding, who granted the defendants' motion to dismiss the action with prejudice and for sanctions.

Date:    February 23, 2012

*CLERK OF COURT*

s/Ashley Buckingham, Deputy Clerk

*Signature of Clerk or Deputy Clerk*