IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Destiny A. Woods, | ) | C/A No.: 3:10-3160-SVH |
| Plaintiff, | ) | |
| vs. | ) | |
| Wells Fargo Bank, N.A., d/b/a Wachovia and f/k/a as Wachovia Financial Services, Inc.; and Earnestine Brown, Melinda Price, Cateshia Pinkney-Blanding and Cheryl Helms, in their individual capacities, | ) | ORDER |
| Defendants. | ) | |

This matter comes before the court on Plaintiff's payment of sanctions to be paid to defendants, pursuant to the court's order and judgment dated February 23, 2012. The court orders that the Clerk of Court deposit said funds of Plaintiff into the court's registry and to disburse the funds to defendants pursuant to the February 23, 2012 order.

IT IS SO ORDERED.

April 14, 2014
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge